## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DJAMEL AMEZIANE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-392 (ESH) |
| | ) |
| BARACK OBAMA, *et al.*, | ) |
| | ) |
| | ) |
| Respondents. | ) |

## ORDER

The parties appeared before the Court for a status conference on August 14, 2013. Consistent with the status conference, it is hereby **ORDERED** as follows:

(1) The respondents will file a status report by September 12, 2013, detailing their progress with respect to the review of the seized legal and non-legal materials. The report shall describe the progress as to both the entire universe of seized material and material believed to belong to petitioner.

(2) The respondents will return all non-contraband materials believed to belong to petitioner on a rolling basis.

(3) The respondents will inform petitioner's counsel of all material believed to belong to petitioner that respondents are not returning to the petitioner on the grounds that it constitutes informational contraband. Any disputes regarding this material may be resolved by the court in the event that counsel cannot reach a resolution of the matter.

                                                    /s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:  August 14, 2013